| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WADE M. RHYNE (CABN216799)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637–3680 |
| 7 | Facsimile: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-70357 WDB |
| Plaintiff, | ) | |
| | ) | NOTICE OF ASSOCIATION |
| v. | ) | OF ATTORNEY |
| | ) | |
| CASILDA SHIPPING, LTD., ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that as of June 13, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address listed below is associated as co-counsel for the government.

> Wade M. Rhyne, Assistant United States Attorney
> 1301 Clay Street, Suite 340-S
> Oakland, CA 94612
> (510) 637-3693
> (510) 637-3724 - Fax
> Wade.Rhyne@usdoj.gov

DATED: June 19, 2008              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
WADE M. RHYNE
Assistant United States Attorney