RECEIVED

JUN 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

UNITED STATES OF AMERICA

Plaintiff(s),

v.

CASILDA SHIPPING, LTD., GENESIS SEATRADING CORP. and THOMAS PANTELIS

Defendant(s).

CASE NO. 4:08-mj-70357-WDB

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

BRIAN T. MCCARTHY, an active member in good standing of the bar of NEW YORK whose business address and telephone number (particular court to which applicant is admitted) is 366 MAIN STREET PORT WASHINGTON, NY 11050, TELEPHONE NUMBER (516) 767-3600 EXT 221

BRIAN T. MCCARTHY, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CASILDA SHIPPING LTD. and GENESIS SEATRADING CORP.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUNE 27, 2008

WAYNE
~~William D. Brazil~~, Magistrate
United States Magistrate Judge

BERNARD ZIMMERMAN