UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

**Plaintiff:** United States

**v.**                                              **No.** CR-08-00448 CW

**Defendant:**  Pantelis Thomas (present - interpreter used)
               Casilda Shipping & Genesis Sea Trading (not present)

**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
Scott Loverick for dft. Thomas
Gregory Poulos for dfts. Casilda Shipping & Genesis Sea Trading

**Interpreter:**
Christabel Savalos (Greek)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting**

**Notes:** Defense has just received discovery.  Government will be providing additional discovery.  **Case continued to 8/13/08 at 2:30 p.m. for motions setting or trial setting or disposition.**  Time excluded for effective preparation.

Copies to: Chambers