```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 8/13/08**

**Plaintiff:**   United States

**v.**                                                            **No.**   CR-08-00448 CW

**Defendant:**   Pantelis Thomas (not present)
                Casilda Shipping and Genesis Sea Trading


**Appearances for Plaintiff:**
Steve Corrigan

**Appearances for Defendant:**
Doug Schwartz for dft. Thomas
Brian McCarthy for dfts. Casilda and Genesis

**Interpreter:**
Christos Kolias (Greek)

**Probation Officer:**


**Speedy Trial Date:**


        **Hearing:**   Trial Setting or Motions Setting or Disposition

**Notes:**     Mr. Thomas was involved in accident; appearance waived.
**Case continued to 9/17/08 at 2:30 p.m. for motions setting or disposition or trial setting.**  Counsel to let Court know at that time what motions will be filed and briefing schedule.  Time excluded for effective preparation and defendant does not have all discovery.

Copies to: Chambers